UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
IBEW SYSTEM COUNCIL NO. 7,                    11 Civ. 7219 (WHP)
:
              Plaintiff,            ORDER
:
     -against-
:
METRO-NORTH RAILROAD CO.,
:
             Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 12/1/11 |

WILLIAM H. PAULEY III, District Judge:

      It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: December 1, 2011
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                               U.S.D.J.

*Counsel of Record:*

Charles C. Goetsch, Esq.
Cahill, Goetsch & Perry, P.C.
43 Trumbull Street
New Haven, CT 06510

*Counsel for Plaintiff*

Joshua Fay, Esq.
MTA Metro-North Railroad
347 Madison Avenue
New York, NY 10017-3000

*Counsel for Defendant*